## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01883-MSK-KLM

AFFINITI COLORADO, LLC, a Delaware Limited Liability Company,

      Plaintiff,

v.

EAGLE-NET ALLIANCE, a Colorado Intergovernmental Entity,

      Defendant/Third-Party Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF COMMERCE,

      Third-Party Defendant.

---

### STIPULATED ORDER

---

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Kenneth F. Rossman, IV* | *s/Paul D. Godec* |
| Kenneth F. Rossman, IV | Paul David Godec |
| Hermine Kallman | KISSINGER & FELLMAN, P.C. |
| LEWIS ROCA ROTHGERBER LLP | Ptarmigan Place, Suite 900 |
| 1200 17th Street, Suite 3000 | 3773 Cherry Creek North Drive |
| Denver, CO 80202 | Denver, CO 80209 |
| (303) 623-9000 | (303) 320-6100 |
| krossman@lrrlaw.com | paul@kandf.com |
| hkallman@lrrlaw.com | |
| | *Attorneys for Defendant/Third-Party* |
| *Attorneys for Plaintiff Affiniti Colorado,* | *Plaintiff EAGLE-Net Alliance* |
| *LLC* | |

s/Zeyen J. Wu
Zeyen J. Wu
Elizabeth G. Serio
U.S. Attorney's Office-Denver
1227 17th Street, Suite 700
Denver, CO 80202
Phone: 303-454-0233
Fax: (303) 454-0404
zeyen.wu@usdoj.gov
elizabeth.serio@usdoj.gov

*Attorneys for Third-Party Defendant,*
*U.S. Department of Commerce*

**SO ORDERED**

Dated: _November 3, 2015_

_____
Hon. Kristen L. Mix
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2015, a true and correct copy of the foregoing was served upon the following:

Kenneth L. Fellman, Esq.
Paul David Godec, Esq.
Kissinger & Fellman, P.C.
Ptarmigan Place, Suite 900
3773 Cherry Creek North Drive
Denver, CO 80209

*Attorneys for Defendant/Third-Party Plaintiff EAGLE-Net Alliance*

Elizabeth G. Serio, Esq.
Zeyen J. Wu, Esq.
U.S. Attorney's Office-Denver
1227 17th Street, Suite 700
Denver, CO 80202

*Attorneys for Third-Party Defendant U.S. Department of Commerce*

*s/ Kenneth F. Rossman, IV*
Kenneth F. Rossman, IV