IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01883-MSK-KLM

AFFINITI COLORADO, LLC, a Delaware Limited Liability Company,

  Plaintiff/Counterclaim Defendant,

v.

EAGLE-NET ALLIANCE, a Colorado Intergovernmental Entity,

  Defendant/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF COMMERCE,

  Third-Party Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order [#34]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Agreement and Protective Order [#34-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

  Dated:  November 23, 2015

---

[1] "[#34]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.