IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01883-MSK-KLM

AFFINITI COLORADO, LLC, a Delaware Limited Liability Company,

    Plaintiff,

v.

EAGLE-NET ALLIANCE, a Colorado Intergovernmental Entity,

    Defendant/Third-Party Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF COMMERCE,

    Third-Party Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Defendant United States Department of Commerce's ("Commerce Department") **Motion for Leave to Serve Written Discovery Two Days Out of Time** [#53] ("Motion"). This motion is unopposed. *Id.* at 2. The deadline to serve written discovery was March 15, 2016. Counsel for the Commerce Department state that written discovery was served on Plaintiff on March 17, 2016.

    The Commerce Department states that good cause exists for three reasons: (1) the factual basis for the written discovery requests did not arise until approximately three weeks before the discovery requests were due; (2) the Commerce Department diligently attempted to resolve the issue informally with Plaintiff, but was unsuccessful; and (3) because discovery does not close until May 27, 2016, serving the discovery two days late will not affect the overall discovery schedule and does not prejudice any of the other parties in this litigation. *Id.* at 3-4.

    IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**. The Commerce Department's service of its first set of written discovery requests on March 17, 2016 is hereby deemed timely.

    Dated: April 4, 2016