IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01883-MSK-KLM

AFFINITI COLORADO, LLC a Delaware Limited Liability Company,

      Plaintiff,

v.

EAGLE-NET ALLIANCE,

      Defendant and Third-Party Plaintiff,

v.

U.S. DEPARTMENT OF COMMERCE,

      Third-Party Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion to Dismiss and Remanding Action by Chief Judge Marcia S. Krieger (**Doc. #58**) filed on May 3, 2016 it is

ORDERED that the case is DISMISSED for lack of subject matter jurisdiction and REMANDED to Broomfield County District for any further action.

The case will be closed.

Dated this 4th day May, 2016.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK


s/Patricia Glover
   Deputy Clerk